DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIORGIO ESPINOSA,**
Appellant,

v.

**BELMONT INVESTMENT CORP.** and **WATERWAYS SHOPPES II, LLLP,**
Appellees.

No. 4D2024-2154

[November 5, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE23-004546.

Ryan C. Tyler of Tyler Law Firm, Miami, for appellant.

Michael A. Rosenberg and Amanda H. Wasserman of Cole Scott & Kissane, P.A., Plantation, for appellees.

PER CURIAM.

*Affirmed. See Wolf v. Sam's East, Inc.*, 132 So. 3d 305 (Fla. 4th DCA 2014).

GROSS, CIKLIN and SHEPHERD, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***